UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christopher Lee Pride**     **Docket No. 5:18-CR-388-1D**

**Petition for Action on Supervised Release**

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Lee Pride, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on October 30, 2019, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Christopher Lee Pride was released from custody on July 9, 2020, at which time the term of supervised release commenced.

A violation report was submitted to the Court on July 14, 2020, after Pride tested positive for marijuana and cocaine. At that time, it was respectfully recommended no action be taken to afford Pride the opportunity to receive his substance abuse and mental health assessment and begin an approved course of treatment.

On September 2, 2020, a Petition for Action on Supervised Release was submitted to the Court after Pride's submission of positive urinalysis screenings for cocaine and his non-compliance with treatment. On September 3, 2020, the Court approved the petition requiring Pride to submit to 90 consecutive days of curfew to be monitored by Location Monitoring: Radio Frequency as determined by the U.S. Probation Office.

On September 15, 2020, a Violation Report was submitted to the Court advising that Pride missed his 8:00 p.m. curfew on September 8, 2020. On September 18, 2020, the Court approved no action be taken and allowed supervision to continue.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 19, 2020, the U.S. Probation Office received an Unauthorized Leave alert on Pride advising that he left his residence on September 19, 2020 at 9:06 p.m. and then returned at 9:50 p.m. Pride again left his residence at 9:54 p.m. and returned at 10:01 p.m. Immediate attempts to reach Pride by the on-call officer were unsuccessful. On September 21, 2020, attempts to reach Pride by the undersigned probation officer were unsuccessful. On September 22, 2020, the undersigned probation officer went to Pride's residence and confronted him concerning his violation conduct from September 19, 2020. Pride contends he went outside to help his niece bring her bags in the residence. Pride was verbally reprimanded for his actions, expressed remorse, and stated his understanding that he is not to deviate from his approved schedule.

As a sanction for his continued non-compliance with the terms of his approved Location Monitoring: Radio Frequency curfew, it is respectfully recommended that the remaining duration of 75 days be modified to reflect that Pride shall abide all conditions and terms of the home detention program for a period not to exceed 75 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant

Christopher Lee Pride
Docket No. 5:18-CR-388-1D
Petition For Action
Page 2

shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 75 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Jay Kellum<br>Jay Kellum<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5109<br>Executed On: September 23, 2020 |

### ORDER OF THE COURT

Considered and ordered this __24__ day of __September__, 2020, and ordered filed and made a part of the records in the above case.

_/s/ Dever_
James C. Dever III
U.S. District Judge